ORIGINAL

**FILED**

AUG 0 9 2001

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**RECEIVED**

JUL - 2 2001

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID OSHER, On Behalf of Himself and All Others Similarly Situated, | No. C-01-1688-CW |
| Plaintiff, | **CLASS ACTION** |
| vs. | [PROPOSED] ORDER GRANTING MOTION TO CONSOLIDATE RELATED ACTIONS |
| U.S. AGGREGATES, INC., et al., | |
| Defendants. | |

**Plaintiff's Counsel are directed to serve this order upon all other parties in this action.**

1           This Court, having considered Movant's Motion to Consolidate Related Actions, for

2    good cause shown, hereby ORDERS as follows:

3           The following actions are consolidated for all purposes including, but not limited to,

4    discovery, pretrial proceedings and trial proceedings, pursuant to Rule 42(a) of the Federal Rules of

5    Civil Procedure:

| Abbreviated Case Name | Case No. | Date Filed |
|---|---|---|
| *Osher v. U.S. Aggregates, Inc., et al.*<br>Plaintiff: David Osher ("Osher") | C-01-1688-CW | 5/01/01 |
| *Young v. U.S. Aggregates, Inc., et al.*<br>Plaintiff: Cynthia Young ("Young") | C-01-1984-JL | 5/21/01 |
| *Ararat Investment Club v. U.S. Aggregates, Inc., et al.*<br>Plaintiff: Ararat Investment Club ("Ararat") | C-01-2341-MMC | 5/25/01 |

12        1.    The consolidated cases shall be identified as: *In re U.S. Aggregates, Inc. Sec. Litig.*,

13    Case No. C-01-1688-CW and the files of this action shall be maintained in one file under Master File

14    No. C-01-1688-CW. Any other actions now pending or hereafter filed in this District which arise

15    out of the same facts and claims as alleged in these related actions shall be consolidated for all

16    purposes if, as and when the Court is apprized of them. The parties shall notify the Court of any

17    other action which is pending or filed outside of this District which may be related to the subject

18    matter of these consolidated actions if and when they become aware of such actions.

19        2.    Every pleading filed in these consolidated actions, or in any separate action included

20    herein, shall bear the following caption:

21               UNITED STATES DISTRICT COURT

22               NORTHERN DISTRICT OF CALIFORNIA

23                   OAKLAND DIVISION

24    In re U.S. AGGREGATES, INC.,       )  Master File No. C-01-1688-CW
     SECURITIES LITIGATION        )

25    _____ )  <u>CLASS ACTION</u>
                              )

26    This Document Relates To:        )

27    _____ )

28

[PROPOSED] ORD GRANTING MOT TO CONSOLIDATE RELATED ACTIONS -
C-01-1688-CW

3.      When a pleading is intended to be applicable to all actions to which this Order is applicable, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption set out above.  When a pleading is intended to be applicable only to some, but not all of such actions, this Court's docket number for each individual action to which the paper is intended to be applicable and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption described above, e.g., "This Document Relates To: Osher, No. C-01-1688-CW."

4.      From the date of entry of this Order, the parties shall comply with 15 U.S.C. §78u-4(b)(3)(C)(i), without regard to whether a stay under 15 U.S.C. §78u-4(b)(3)(B) is in effect, and shall comply with 15 U.S.C. §78u-4(b)(3)(C)(i)'s provisions concerning documents relevant to allegations contained in any and all of the pleadings in these actions, including any consolidated amended complaint.

5.      Lead plaintiff shall file a consolidated class action complaint no later than 45 days from the date of the entry of this Order, unless otherwise agreed between the parties, which shall be deemed the operative complaint, superseding all complaints filed in any of the actions consolidated hereunder or in any related cases.  The consolidated class action complaint shall be treated as if it were the original complaint and all defendants shall have 45 days after the filing and service of the consolidated class action complaint to answer or otherwise respond.  Notwithstanding the filing of the consolidated class action complaint, lead plaintiff shall have the right to amend the consolidated class action complaint pursuant to Federal Rule of Civil Procedure 15(a).  In the event that

[PROPOSED] ORD GRANTING MOT TO CONSOLIDATE RELATED ACTIONS -
C-01-1688-CW                                                                                                    - 2 -

1  defendants file any motions directed at the consolidated class action complaint, counsel are to meet

2  and confer and report to the Court with regard to an acceptable briefing and hearing schedule for

3  such motions.

4                                            *  *  *

5                                          **ORDER**

6          IT IS SO ORDERED.

7  DATED: _8/9/01_

8                                          _____
                                           THE HONORABLE CLAUDIA WILKEN
                                           UNITED STATES DISTRICT COURT JUDGE

9  DATED: July 2, 2001

10  Submitted by:

11  MILBERG WEISS BERSHAD
     HYNES & LERACH LLP
12  JEFFREY W. LAWRENCE
     CHRISTOPHER P. SEEFER
13  SHIRLEY H. HUANG

14

15    _____
      CHRISTOPHER P. SEEFER

16  100 Pine Street, Suite 2600
     San Francisco, CA  94111
17  Telephone:  415/288-4545
     415/288-4534 (fax)

18
    MILBERG WEISS BERSHAD
19   HYNES & LERACH LLP
     WILLIAM S. LERACH
20  600 West Broadway, Suite 1800
     San Diego, CA  92101
21  Telephone:  619/231-1058
     619/231-7423 (fax)

22  [Proposed] Lead Counsel for Plaintiffs

23

24

25

26

27

28  G:\CASES\USAggregates\SGM81075.ord

    [PROPOSED] ORD GRANTING MOT TO CONSOLIDATE RELATED ACTIONS -
    C-01-1688-CW                                                      - 3 -