United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARARAT INVESTMENT CLUB,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. AGGREGATES, INC., et al.,<br><br>    Defendants.<br>_____ | No. 01-02341 CW |
| CYNTHIA YOUNG,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. AGGREGATES, INC., et al.,<br><br>    Defendants.<br>_____/ | No. 01-02951 CW<br><br>ORDER ADMINISTRATIVELY CLOSING CASES |

    On August 9, 2001, the above-captioned cases were consolidated for all further proceeding with C-01-1688 CW, <u>In Re U.S. Aggregates Securities Litigation</u>.  Accordingly,

    IT IS HEREBY ORDERED that:

    There appears to be no further reason at this time to maintain these files as open ones for statistical purposes, and the Clerk is instructed to submit JS-6 Forms to the Administrative Office.

1  Nothing contained in this Order shall be considered a
2 dismissal or disposition of these actions, and, should further
3 proceedings in these cases become necessary or desirable, any party
4 may initiate it in the same manner as if this Order had not been
5 entered.

Dated: 9/13/05

*Claudia Wilken*
_____
CLAUDIA WILKEN
United States District Judge

2